## STATE v. FRANKLIN.

Before GAGE, J., Greenwood, November, 1901. Affirmed.

Indictment against Henry Franklin for assault and battery with intent to kill.

The defendant moved to quash the indictment on the ground that it was found by a grand jury that was not summoned and empanelled in accordance with the provisions of the Constitution. It was admitted that the above indictment was found by a grand jury that was summoned and empanelled under and by virtue of the act of 1900, regulating the drawing and term of service of jurors, &c. After hearing argument of counsel, his Honor, Judge Gage, made the following order:

"After hearing argument of counsel on a motion to quash the indictment in the above stated case on the ground that

it was found by a grand jury drawn under the act of 1900, and that the said act is unconstitutional, and it appearing to the Court that the said act is obnoxious to sec. 34, of art. III., of the Constitution, in that the county of Charleston is excepted from the provisions of the act, it is ordered and adjudged, that the indictment in the above stated case be quashed."

From this order Solicitor Sease appeals.

*Messrs. Lambert W. Jones* and *Graydon & Giles,* contra.

January 13, 1902.    The opinion of the Court was delivered by

MR. JUSTICE GARY.    This case is ruled by the decision in *State* v. *Queen,* which has just been filed.

It is, therefore, the judgment of this Court, that the order of the Circuit Court be affirmed.